Filed 5/14/24  P. v. Magdaleno CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>ARTHUR MAGDALENO,<br><br>    Defendant and Appellant. | 2d Crim. No. B332923<br>(Super. Ct. Nos. 2021002647<br>& 2023002314)<br>(Ventura County) |

Appellant Arthur Magdaleno pleaded guilty to one count of selling or transporting opiates for sale.[1]  (Health & Saf. Code, § 11352, subd. (a); Case no. 2021002647.)  The court suspended imposition of sentence and placed him on two years of probation. He violated the terms of probation by failing to report and by testing positive for methamphetamine.  He also attempted to provide a false urine sample.  The latter incident resulted in a

---

[1] The facts are derived from the probation report because appellant pleaded guilty in both cases appealed.

false evidence charge. (Penal Code, § 134; Case no. 2023002314.) He pleaded guilty to that charge as well.

The trial court terminated probation at sentencing. Appellant received a three-year prison term with 673 days presentence credit. He received a concurrent sentence of 16 months on the false evidence charge with 444 days presentence credit. He appealed in both cases. (Pen. Code, § 1237.5.)

We appointed counsel to represent appellant. After reviewing the record, counsel filed a brief raising no issues. We advised appellant on March 5, 2024 that he had 30 days within which to personally submit any contentions or issues he wished us to consider. We received no response.

We have reviewed the entire record and are satisfied that appellant's counsel fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 443; *People v. Kelly* (2006) 40 Cal.4th 106, 126.)

The judgment is affirmed.

NOT TO BE PUBLISHED.

CODY, J.

We concur:

GILBERT, P. J.          BALTODANO, J.

2

Bruce A. Young, Judge
Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.